FILED

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

2014 FEB -7 PM 1:38

__Jacksonville__ Division

### CIVIL RIGHTS COMPLAINT FORM

__Charles Edward Coring III__

CASE NUMBER: __3:14-CV-162-J-34JBT__
(To be supplied by Clerk's Office)

(Enter full name of each Plaintiff and prison number, if applicable)

v. __Department of Corrections__
__Warden(s): S. Weihauser, Randall Polk__
__Sergeant(s): Isiah Griffin, D. Ford__
__Officer(s): D.K. Kirby, R. Roberts__
__B. Holmes__

(Enter __full name__ of each __Defendant__. If additional space is required, use the blank area directly to the right).

### ANSWER ALL OF THE FOLLOWING QUESTIONS:

I. PLACE OF PRESENT CONFINEMENT: __Florida State Prison 7819 NW 228th Street, Raiford, Florida 32026__
(Indicate the name and location)

II. EXHAUSTION OF ADMINISTRATIVE REMEDIES: Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.

III. PREVIOUS LAWSUITS:

DC 225 (Rev 2/2012)

1

A. Have you initiated other lawsuits in state court dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof?   Yes ( )   No (✓)

B. Have you initiated other lawsuits in <u>federal court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof?   Yes ( )   No (✓)

C. If your answer to either A or B is YES, describe each lawsuit in the space provided below. If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper, using the same format as below.

   1. Parties to previous lawsuit:

      Plaintiff(s): N/A

      N/A

      Defendant(s): N/A

      N/A

   2. Court (if federal court, name the district; if state court, name the county): N/A

   3. Docket Number: N/A

   4. Name of judge: N/A

   5. Briefly describe the facts and basis of the lawsuit: N/A

      N/A

      N/A

   6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?): N/A

      N/A

   7. Approximate filing date: N/A

   8. Approximate disposition date: N/A

D. Have you initiated lawsuits or appeals from lawsuits in federal court that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted? If so,

identify these suits below by providing the case number, the style, and the disposition of each case: _____N/A_____

_____N/A_____

_____N/A_____

_____N/A_____

IV. **PARTIES**: In part A of this section, indicate your full name in the first blank and your full mailing address in the second blank. Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section:

A. Name of Plaintiff: Charles Edward Coling III

   Mailing address: Florida State Prison 7819 NW 228th St. Raiford Florida 32026

B. Additional Plaintiffs: NONE

In part C of this section, indicate the **full name** of the first named Defendant. Also, fill in his or her mailing address, position, and where he or she is employed. For any additional Defendants, use parts D through G of this section for the names, addresses, positions and places of employment:

C. Defendant: Department of Corrections

   Mailing Address: State of Florida, PL 01 The Capital Tallahassee Florida 32399

   Position: Administrative Agency or Corporation or Place of Business

   Employed at: Tallahassee Florida 32399

D. Defendant: S. Wellhauser

   Mailing Address: Columbia Correctional Institution - Annex 253 S.W. Corrections Way Lake City Florida 32025

Position: WARDEN
Employed at: COLUMBIA CORRECTIONAL INSTITUTION - ANNEX

E. Defendant: RANDALL POLK
Mailing Address: COLUMBIA CORRECTIONAL INSTITUTION - ANNEX 253 S.W. CORRECTIONS WAY, LAKE CITY, FL 32025
Position: WARDEN
Employed at: COLUMBIA CORRECTIONAL INSTITUTION - ANNEX

F. Defendant: ISIAH GRIFFIN
Mailing Address: COLUMBIA CORRECTIONAL INSTITUTION - ANNEX 253 S.W. CORRECTION WAY, LAKE CITY, FL 32025
Position: SERGEANT
Employed at: COLUMBIA CORRECTIONAL INSTITUTION - ANNEX

G. Defendant: D. FORD
Mailing Address: COLUMBIA CORRECTIONAL INSTITUTION - ANNEX 253 S.W. CORRECTIONS WAY LAKE CITY FL 32025
Position: SERGEANT
Employed at: COLUMBIA CORRECTIONAL INSTITUTION - ANNEX

H. DEFENDANT: D.K. KIRBY
   MAILING ADDRESS: Columbia Correction Institution - Annex
   253 S.W. Corrections Way, Lake City FL 32025
   POSITION: Officer - C/O
   Employed At: Columbia Correctional Institution - Annex

I. DEFENDANT: B. ROBERTS
   MAILING ADDRESS: Columbia Correctional Institution - Annex
   253 S.W. Corrections Way, Lake City, FL 32025
   Position: Officer - C/O
   Employed At: Columbia Correctional Institution - Annex

J. DEFENDANT: R. HOLMES
   MAILING ADDRESS: Columbia Correctional Institution - Annex
   253 S.W. Corrections Way, Lake City, Florida 32025
   Position: Officer - C/O
   Employed At: Columbia Correctional Institution - Annex

DC 225 (REV 2/2012)                    4.   (Continuation Sheet)

V. **STATEMENT OF CLAIM:** State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. **Any claim that is not related to the same basic incident or issue must be addressed in a separate Civil Rights Form.**

(1) Planiff state under FLA St § 768.28(9)(a) Defendants committed Gross Negligence in wanton disregard being able to forsee/allowing unsupervised inmate to be around him in full restraints would result in physical injury (2) Plantiff state FL st § 784 Aggrevated Battery was committed upon him by Defendant(s) and its employer (3) Plantiff states his USCA 8th Const Amend Right - Cruel & unusual punishment (4) Plantiff also claim/excerise his USCA. 7th Const amend Right - to Jury Trial - were value exceed $20

VI. **STATEMENT OF FACTS:** State as briefly as possible the FACTS of your case. Describe how each defendant was involved. **Do not make any legal arguments or cite any cases or statutes.** State with as much specificity as possible the facts in the following manner:

1. Name and position of person(s) involved.
2. Date(s).
3. Place(s).
4. Fact(s) or event(s) giving rise to your claim, including involvement of each defendant.
5. Nature and extent of injury (i.e., physical injury or how you were harmed by the acts of the defendant[s]).

(1) Defendant: Department of Corrections, Being A. Administrative Agency or Corporation or principle place of business did on/or about March 14 2013 around 9-10 AM, by & thru its, Employees, Agents or Servants who was acting under its control/employment did w/ Gross Negligence allow its Agents Employees & Servants, to commit Gross Negligence & Aggrevated Battery upon the Plantiff in wanton disregard, Resulting Injurys Sustained; Pain & Suffering Disability, Mental Anguish, Loss of Ability for Enjoyment of Life, Medical & Nursing Care, Loss of Ability to earn money, Aggrevation of pre-existing Injury or condition. The losses are permanent or continuing Plantiff will suffer loss in the future, occuring at Columbia Correctional Institution - Annex

DC 225 (Rev 2/2012)                    5

(2) DEFENDANT: S. WELL HAUSER, BEING A WARDEN ON/OR ABOUT MARCH 14 2013, AT 9-10 AM BY AND THROUGH HIS AGENTS, SERVANT AND EMPLOYEES, WHO WAS ACTING UNDER HIS CONTROL/EMPLOYMENT did NEGLIGENTLY ALLOW HIS AGENTS, SERVANTS, EMPLOYEES TO COMMIT GROSS NEGLIGENCE AND AGGREVATED BATTERY UPON THE PLANTIFF INJURYS SUSTAINED (I CLAIM THE SAME INJURYS AS STATED UNDER DEFENDANT #①) AT COLUMBIA C.I. ANNEX

(3) DEFENDANT: RANDALL POLK, BEING A WARDEN ON/OR ABOUT MARCH 14 2013, AT 9-10 AM BY AND THROUGH HIS AGENTS, SERVANTS AND EMPLOYEES WHO WAS ACTING UNDER HIS CONTROL/EMPLOYMENT did NEGLIGENTLY ALLOW HIS AGENTS, SERVANTS, EMPLOYEES to COMMIT GROSS NEGLIGENCE AND AGGREVATED BATTERY UPON THE PLANTIFF INJURYS SUSTAINED (I CLAIM THE SAME INJURYS AS STATED UNDER DEFENDANT #①) AT COLUMBIA C.I. ANNEX

(4) DEFENDANT: ISIAH GRIFFIN, BEING A SERGEANT, ON/OR ABOUT MARCH 14, 2013 AT 9-10 AM BY AND THROUGH HIS AGENT, SERVANTS AND EMPLOYEES WHO WAS ACTING UNDER HIS CONTROL/SUPERVISION did NEGLIGENTLY ALLOW HIS AGENTS, SERVANTS, EMPLOYEE to COMMIT GROSS NEGLIGENCE AND AGGREVATED BATTERY UPON THE PLANTIFF INJURYS SUSTAINED (I CLAIM THE SAME INJURYS AS STATED UNDER DEFENDANT #①) AT COLUMBIA C.I. ANNEX

(5) DEFENDANT: D. FORD. BEING A, SERGEANT, ON/OR ABOUT MARCH 14 2013 AT 9-10 AM BY AND THROUGH HER AGENTS, SERVANTS AND EMPLOYEES WHO WAS ACTING UNDER HER CONTROL/SUPERVISION did NEGLIGENTLY ALLOW HER AGENTS SERVANTS EMPLOYEE to commit GROSS NEGLIGENCE AND AGGREVATED BATTERY UPON THE PLANTIFF INJURY SUSTAINED (I CLAIM THE SAME INJURYS AS STATED UNDER DEFENDANT #(1)) AT Columbia C.I. ANNEX

(6) DEFENDANT: D.K. KIRBY, BEING A, OFFICER-C/O, ON/OR ABOUT MARCH 14 2013 did NEGLIGENTLY & WITH WANTON DISREGUARD COMMIT GROSS NEGLIGENCE & AGGREVATED BATTERY UPON THE PLANTIFF INJURYS SUSTAINED (I CLAIM THE SAME INJURYS AS STATED UNDER DEFENDANT #(1)) AT COLUMBIA C.I. ANNEX

(7) DEFENDANT: B. BURGESS, BEING A, OFFICER-C/O, ON/OR ABOUT MARCH 14 2013 did NEGLIGENTLY & WITH WANTON DISREGUARD COMMIT GROSS NEGLIGENCE & AGGREVATED BATTERY UPON THE PLANTIFF INJURYS SUSTAINED (I CLAIM THE SAME INJURYS AS STATED UNDER DEFENDANT #(1)) AT COLUMBIA C.I. ANNEX

(8) DEFENDANT: R. HOLMES BEING A, OFFICER-C/O, ON/OR ABOUT MARCH 14 2013 did NEGLIGENTLY & WITH WANTON DISREGUARD COMMIT GROSS NEGLIGENCE & AGGREVATED BATTERY UPON THE PLANTIFF INJURYS

DC225 (REV 2/2012)    [CONTINUATION SHEET] 2 of 2

Sustained (I claim the same Injurys As stated under Defendant #(1)) At Columbia C.I. Annex

VII. **RELIEF REQUESTED**: State briefly what you want the Court to do for you. Again, do not make any legal arguments or cite any cases or statutes.

Plantiff pray this Honurable Court enter its order to —

SET ALL ISSUES SO TRIABLE FOR TRIAL OR ORDER A MONEY JUDGMENT AGAINST ALL THE DEFENDANTS BY EXECUTION OR GARNISHMENT WITH A COMPLETED FACT/INFO-SHEET FORM 1.977 AS ENFORCEMENT PARAGRAPH OR OTHER PROCESS, JOINTLY AND SEVERALLY IN THE AMOUNT OF $3.1 MILLION DOLLARS, AMOUNT ASSESSED TO PARTIES: (1) DEFENDANT DEPARTMENT OF CORRECTIONS - $1 MILLION DOLLARS, $300,000 NEGLIGENCE $300,000 PUNITIVE $400,000 COMPENSATORY (2) AND $300,000 ASSESSED JOINTLY & SEVERALLY AGAINST ALL OTHER DEFENDANTS, $100,000 NEGLIGENCE, $100,000 PUNITIVE, $100,000 COMPENSATORY OR ANY OTHER MAXIMUM LIMIT THIS COURT MAY DEEM.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENT OF FACT, INCLUDING ALL CONTINUATION PAGES, ARE TRUE AND CORRECT.**

JAN 27, 2014
_____
(Date)

_____
(Signature of Plaintiff)

### IF MAILED BY PRISONER:

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one): ☑ delivered to prison officials for mailing or ☐ deposited in the prison's internal mail system on: the 27th day of JANUARY, 2014.

_____
(Signature of Plaintiff)

Revised 03/07

7